UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DAVID REYNOLDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION H-09-0935 |
| | § | |
| JUDGE EARL BRITT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## Opinion on Dismissal

David Reynolds filed a complaint for civil rights violations. 42 U.S.C. § 1983. Reynolds is held in the Federal Detention Center in Houston. Reynolds sues U.S. District Judge Earl Britt and the United States Government. Reynolds's claims and allegations include the following.

Judge Britt conceals the torture of Reynolds and others and conceals the unjust jailing of Reynolds. Some plaintiffs were unjustly killed, bringing God's promised wrath upon the entire U.S. government. The torturers are a mob who have somehow been paid by the U.S. Government. Reynolds asks for a special prosecutor who must obey the Ten Commandments and the U.S. Code.

Depositions: Do watch out, God may consider Judge Britt's Courtroom mob. Why does Judge Britt's mob have to behave like the Nazi Party? Reynolds had informed the Washington Post, then President Bush told *Frontline* in the oval office, "please don't go public with this," as President Bush looked very scared as the U.S. Government should not bring the world cocaine mob to keep all the undue blood money. Don't all relating felony civil rights violations concealing U.S. District Court Judge's need swift arrest and prosecution?

1. Torture Form 1- done by F.B.I. Agent, Byron Sage, 1950. Torturers torture, make their victims suicide. Agent Sage comes from my previous workplace, Blue Cross and Blue Shield of Texas  headquarters where other F.B.I. agents secretly civilian trained Reynolds to oppose Agent Sage's mob as civil rights and criminal court's U.S. District Court Judge's always publically conceal these torturers. Reynolds can describe torture.

2. Torture Form 2- by using rope to choke Reynolds, done by Mr. Puhlman, they left Reynolds for dead as he was kidnaped.

3. Torture Form 3- Nudity based military repeat backs done by Blue Cross Texas Manager, Catlyn Hackney, inside the headquarters of a concealed "an imposter" U.S. Judge.

4. Torture Form 4 - Designed by an "always bearded man," who  is now working for Houston, Texas, CW TV 39 news as he designed next the simultaneous Form 666, Torture of CW's weather-woman, Christie Powers, and Reynolds to try to make us suicide to conceal murder as witnessed by Judge Melinda Harmon, who Reynolds had notified who helped at first then she portrayed by letter but she reverted back to being Satan the hostile, all concealing war criminal judge which then brings the type of God's wrath onto the entire U.S., that's plagued Nazi Germany as people don't believe this but it's true as then Judge Harmon fired complicit F.B.I. Director, Bob Doegen, who was trying to vehicular homicide Reynolds daily by torture form 6 until Reynolds became unjustly jailed by Satan the deceiver.  Reynolds has been repeatedly tortured by U.S. prison's Psychologist Jill Grant, who has now gotten District Judge Britt to help her as Judge Britt's as vultured as the Judge of the court of Nazi Berlin.

5. Torture Form 7 - Committed on Reynolds by unknown female assailant who was inside Judge Vanessa Gilmore's Court Chamber on March 26, 2007, as both women have Satan's malice like Adolf Hitler which Alfred Hitchcock made into a movie called "The Birds" CW news supports Judge Gilmore of Houston, Texas,  why is that?   What happens to vulture minds?

6. Torture Form 8 - Was used on Reynolds by Houston's Judge Calvin Botley who Dr. Zula and Reynolds have co-wrote a criminal per Dr. Zula complaint against  forever per Dr. Zula  him from this Criminal Case No. H-07-0699 over to Judge Nancy Atlas, who then helped Public Defender, Brent Evan Newton, and Prosecutor Schultz and some guy named Schriecca and Psychiatrist Berger and Psychologist Grant conceals U.S. Government Documents from the courtroom per Judge Atlas; Forms 16 and 17 tortured Reynolds inside the Houston District Courthouse so Reynolds got God, the Texas State Bar to catch the Nazi behaving mob of Judge Atlas who had to "recuse" over to (conceal all extra Nazi like) Judge Sim Lake, then who Reynolds caught by God's "Notice of Appeal to the Fifth Circuit Court of Appeals."  Judge Britt ignored the Court of Appeals court order.

7. There is the mob of Torture Forms 5, 9, 10, 11, 12, 13, 14 and 15.  15 is done by Psychiatrists, who are forced (rat poisoning) Reynolds dictating Butner's so called mental health.

The 9/11 commission's predicting that a nuclear explosion will one day wrath what Reynolds call the Civil Rights Court Judges Gilmore, Harmon, Botley, Atlas and Britt led Nazi developed

computerized war criminals torture devices utilizing world cocaine mob who mass murder and keep every penny of blood money who does appear more systematically sinful than the entire Nazi party.

Reynolds goes steady with the vampire nurse of this insane asylum. We are long term romantically inclined, late night inside here, who CW news calls (as their weather reporter) Cassanova Nurse. The torture form 666 had terrible health destroying effects on Reynolds and on the WB TV 39 News-weather woman, Miss Powers; why? Read "Anne Frank, The Diary of a Young Girl."

Synopsis: Regarding a vultures-the problem is Judge Gilmore's legalized torturing and murdering as the criminal element of the U.S. Government attempts to murder anyone who interferes with their illegal drug mobbing, they exterminate their unwanted neighbors in U.S. prison, all of which violates the Ten Commandments, which this mob denies per civil rights No. H-05-0756, Judge Vanessa Gilmore, that such brings God's epoch endless wrath onto the U.S.

The U.S. media today are cowardly Satan the fleer. It's the self-important media who betrayed society, the masses. It's still the media who must motivate the masses. It's God witnessed and irrefutable truth that as civil rights court Judge's Gilmore, Harmon, Botley, Atlas, Lake and their officially concealed "an imposter" U.S. civil rights/criminal complaint considering U.S. District Court Judge, who Reynolds met inside Blue Cross and Blue Shield of Texas headquarters, being the west lobby home of the self nick-named "the attack pack hostage rescue team," who are the ultra rich world cocaine mob led by F.B.I. Agent Byron Sage and "always bearded man," who are both very socially immature and have war crimes tortured by two forms of Nazi developed devices, little children, the elderly and Reynolds, whose Nazi behavior, Deutcha Bella's German Intelligence claims are the true target of Saudi Intelligence, who left Hamburg University to conduct 9/11/2001 to down the world cocaine mob of Lincoln Sedans, who with Judge Britt and his mob are behaving like a Nazi mob of greedy hate mongers who call themselves government, then God's wrath is going to reflect all upon our economy and of course this government mob is going to be bearing false witness against Reynolds endlessly while trying to suicide Reynolds by torturers as my CW TV 39 news acquaintances haven't even sent Reynolds "a how are you?" letter, why is all of this? Hold an integral CW TV 39 news camera filmed required hearing to uphold the U.S. Code and of course Reynolds has a copy of this.

Reynolds first observed Blue Cross Texas headquarters tonnage of LSD, methamphetamine, marijuana, and cocaine distribution point in Arlington, Texas in year 1977, the year Reynolds knew

3

the age ten girl Reynolds called cheesecake. "A cheesecake girl," Psychologist, Jill Grant, who has just testified in Judge Britt's civil commitment court that Reynolds and the "vampire" nurse are mentally ill with erotica disorder, which perjures Dr. Grant who wants to cure by forced rat poisoning normal innocent Reynolds which is 20% fatal as this complaint topples the field of psychiatry. Reynolds has an extremely hamster-faced lover girl in this prison.

You see, Clerk of Court, torture form 666 of Reynolds and the WB's weather woman, Christie Powers, happened on live TV 39 as witnessed by your court house Judge Melinda Harmon as committed for many reasons. One of which was to suicide Reynolds and  Miss Powers for our having witnessed the filmed, very long term form 11, tortured into cold-blooded murder-wrongful death of Mexican Luis Torres as all felony civil rights violators relates to are in official oppression-obstruction of justice by certain individuals of the U.S. Government over which Judge Harmon's fired Houston, TX. F.B.I. Director Bob Doegen, which occurred after the conceal all, Case No. H-05-0756, is now closed on February 24, 2006, court order constructed by President George W. Bush and by Judge Vanessa Gilmore.

Reynolds's claims are fantastic and delusional.  His claims have no arguable basis in fact and are not recognized at law. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (allegations that are fantastic or delusional lack an arguable basis in fact).  This complaint will be dismissed.  28 U.S.C. § 1915A(b)(1).

The Texas Department of Criminal Justice will deduct 20% of each deposit made to Reynolds's inmate trust account and pay this to the court regularly, when the account exceeds $10, until he pays the $350 filing fee. The Clerk will send a copy to the TDCJ - Office of the General Counsel, Capitol Station, P.O. Box 13084, Austin, Texas, 78711, Fax: 512-936-2159; to the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, Fax: 936-437-4793 by facsimile transmission, regular mail, or e-mail; and to the District Clerk for the Eastern District of Texas, 211 West Ferguson, Tyler, Texas 75702, Attention: Three-Strikes List, by regular mail or e-mail.

Signed _____*April 16*_____, 2009, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge